**WO**                                                                                          JDN

1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**
8
9   Jose Luis Arriaga,                    )    No. CV 05-0252-PHX-NVW (VAM)
                                          )
10                 Plaintiff,             )    **ORDER FOR PAYMENT**
                                          )
11  vs.                                   )    **OF INMATE FILING FEE**
                                          )
12  State of Arizona, et al.,             )
                                          )
13                 Defendants.            )
                                          )
14

15  **TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS.**
16
17          Plaintiff Jose Luis Arriaga, #071575, presently confined in the Barchey Unit in the
    Arizona State Prison in Buckeye, Arizona, has been assessed an initial partial filing fee of
18
    $16.16 for this action pursuant to 28 U.S.C. § 1915(b)(1).  Upon payment of that initial
19
20  partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of 20

21  percent of the preceding month's income credited to Plaintiff's trust account.  The Director

22  of the Arizona Department of Corrections is required to send to the Clerk of Court payments

23  from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the

    statutory filing fee of $150.00 is paid in full.  28 U.S.C. § 1915(b)(2).
24
25  **IT IS THEREFORE ORDERED that:**

26          (1) The Director of the Arizona Department of Corrections or her designee shall

27  collect from Plaintiff's trust account an initial partial filing fee in the amount of $16.16 and

28  shall forward the amount to the Clerk of Court.  Said payment shall be clearly identified by

the name and number assigned to this action.

(2) The Director of the Arizona Department of Corrections or her designee shall collect the filing fee from Plaintiff's trust account by collecting monthly payments in an amount equal to 20 percent of the preceding month's income credited to Plaintiff's trust account and forwarding the payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

(3) The Director of the Arizona Department of Corrections or her designee shall notify the Clerk of the Court in writing when Plaintiff is either released from the Arizona Department of Corrections or transferred to a correctional institution other than the Arizona Department of Corrections, so new billing arrangements may be made to collect any balance still outstanding.

(4) The Clerk of the Court shall serve by mail a copy of this Order on the Director of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

(5) The Clerk of the Court shall serve by mail a copy of this Order on Michael Brodsky, Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona, 85007.

(6) The Clerk of the Court shall forward a copy of this Order to Financial Administration for the Phoenix Division of the United States District Court for the District of Arizona. Financial Administration shall set up an account to receive payments on the filing fee for this action and shall notify the Court when the filing fee is paid in full.

DATED this 13th day of October, 2005.

_____
Neil V. Wake
United States District Judge